**Stephen P. Rickles,** OSB #793613
steve@rickles-law.com
**Martin W. Jaqua,** OSB #860528
mjaqua@rickles-law.com
THE RICKLES LAW FIRM, PC
1839 NW 24th Avenue
Portland, Oregon 97210-2537
Telephone: 503.229.1850
Facsimile: 503.229.1856
    Attorneys for Defendants
    Multnomah University and
    Curt Bickley

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| RAYMOND MAXWELL UPCHURCH, | |
| Plaintiff, | Case No. 3:19-cv-00850-AC |
| v. | **JUDGMENT OF DISMISSAL AS TO DEFENDANT BICKLEY ONLY** |
| MULTNOMAH UNIVERSITY, CURT J. BICKLEY, an individual, and JAKE COBURN, an individual, | |
| Defendants. | |

Pursuant to FRCP 54(b) and the Stipulated Motion for Partial Dismissal filed on behalf of plaintiff, defendant Multnomah University and defendant Curt J. Bickley, it is hereby ADJUDGED that plaintiff's claim or claims herein against defendant Bickley is dismissed with prejudice and without an award of costs or attorney's fees to any party.

DATED this 3rd day of September, 2019.

By: _____
John V. Acosta,
United States Magistrate Judge